1  P. Kristofer Strojnik, State Bar No. 242728
   pstrojnik@strojniklaw.com
2  **The Strojnik Firm LLC**
   **A Limited Liability Company**
3  Esplanade Center III, Suite 700
   2415 East Camelback Road
4  Phoenix, AZ 85016
   Telephone: (602) 510-9409
5  Attorneys for Plaintiff, Theresa Brooke

6  
   **CRIS C. VAUGHAN**, SBN 99568
7  **KHUSHPREET R. MEHTON**, SBN 276827
   VAUGHAN & ASSOCIATES
8  6207 South Walnut Street, Suite 800
   Loomis, CA  95650
9  Telephone: (916) 660-9401
   Facsimile: (916) 660-9378
10 cvaughan@adasolutionsgroup.com
   Attorneys for Defendant, AMBA Investments, LLC
11

12                    **UNITED STATES DISTRICT COURT**

13                    **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  THERESA BROOKE, a married woman dealing with her sole and separate claim,<br>15<br>16          Plaintiff,<br>17     v.<br>18  AMBA INVESTMENTS, LLC,<br>19          Defendant. | Case No. 2:19-cv-02526-JAM-KJN<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

20

21      IT IS HEREBY STIPULATED by and between parties to this action through their

22 designated counsel that the above-captioned action become and hereby is dismissed

23 with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each side is to bear its own costs

24 and attorneys' fees.

25 ///

|   |   |
|---|---|
|   | THE STROJNIK FIRM LLC |
| Dated: January 21, 2020 | By: */s/ Peter Kristofer Strojnik*<br>PETER KRISTOFER STROJNIK<br>Attorney for Plaintiff, Theresa Brooke |
|   | VAUGHAN & ASSOCIATES |
| Dated: January 21, 2020 | By: */s/ Cris C. Vaughan*<br>CRIS C. VAUGHAN<br>Attorney for Defendant AMBA Investments, LLC |

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Peter Kristofer Strojnik, counsel for Theresa Brooke, and that I have obtained Mr. Strojnik's authorization to affix his electronic signature to this document.

|   |   |
|---|---|
|   | VAUGHAN & ASSOCIATES |
| Dated: January 21, 2020 | By: */s/ Cris C. Vaughan*<br>CRIS C. VAUGHAN<br>Attorney for Defendant AMBA Investments, LLC |